

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2017

No. 04-17-00660-CR

**IN RE** Daniel **LONGORIA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

On October 11, 2017, Relator filed this petition for writ of mandamus and a motion for emergency stay. On October 16, 2017, Relator filed a motion to dismiss this proceeding. On October 20, 2017, Relator filed a certificate of conference stating the real party in interest is not opposed to the motion to dismiss. Accordingly, this original mandamus proceeding is DISMISSED, and Relator's motion for emergency stay is DENIED AS MOOT.

It is so **ORDERED** on October 24, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CR-8870, styled *The State of Texas v. Daniel Longoria*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Melisa Skinner presiding.